**Fill in this information to identify your case:**

United States Bankruptcy Court for the:
NORTHERN DISTRICT OF ILLINOIS

Case number *(if known)* _____   Chapter  **11**

☐ Check if this an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy     4/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **171 W. Belvidere Road, LLC** |
| 2. | **All other names debtor used in the last 8 years** Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | 27-2222032 |

| 4. | **Debtor's address** | **Principal place of business** | **Mailing address, if different from principal place of business** |
|---|---|---|---|
| | | **20635 Abbey Woods Ct N #303**<br>**Frankfort, IL 60423**<br>Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| | | **Will**<br>County | **Location of principal assets, if different from principal place of business**<br>**171 W. Belvidere Road Round Lake, IL 60073**<br>Number, Street, City, State & ZIP Code |

| 5. | **Debtor's website** (URL) | |
|---|---|---|
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding LLP)<br>☐ Other. Specify: _____ |

Official Form 201         **Voluntary Petition for Non-Individuals Filing for Bankruptcy**          page 1

Debtor  **171 W. Belvidere Road, LLC** _____   Case number (*if known*) _____
Name

**7. Describe debtor's business**   A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.
__5311__

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**   *Check one:*

☐ Chapter 7
☐ Chapter 9
■ Chapter 11. *Check all that apply*:

   ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).
   ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
   ☐ A plan is being filed with this petition.
   ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
   ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
   ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

■ No.
☐ Yes.

If more than 2 cases, attach a separate list.

District _____  When _____  Case number _____
District _____  When _____  Case number _____

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☐ No
■ Yes.

List all cases. If more than 1, attach a separate list

Debtor  **See Attachment** _____  Relationship _____
District _____  When _____  Case number, if known _____

Debtor **171 W. Belvidere Road, LLC** _____ Case number (*if known*) _____
Name

11. **Why is the case filed in *this district*?**

    Check all that apply:

    ☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

    ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

12. **Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

    ☒ No

    ☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

    **Why does the property need immediate attention?** (*Check all that apply.*)

    ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
     What is the hazard? _____

    ☐ It needs to be physically secured or protected from the weather.

    ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

    ☐ Other

    **Where is the property?** _____
     Number, Street, City, State & ZIP Code

    **Is the property insured?**

    ☐ No

    ☐ Yes. Insurance agency _____
        Contact name _____
        Phone _____

■ **Statistical and administrative information**

13. **Debtor's estimation of available funds**    .    *Check one:*

    ☒ Funds will be available for distribution to unsecured creditors.

    ☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

14. **Estimated number of creditors**

    ☒ 1-49
    ☐ 50-99
    ☐ 100-199
    ☐ 200-999

    ☐ 1,000-5,000
    ☐ 5001-10,000
    ☐ 10,001-25,000

    ☐ 25,001-50,000
    ☐ 50,001-100,000
    ☐ More than 100,000

15. **Estimated Assets**

    ☐ $0 - $50,000
    ☐ $50,001 - $100,000
    ☐ $100,001 - $500,000
    ☐ $500,001 - $1 million

    ☒ $1,000,001 - $10 million
    ☐ $10,000,001 - $50 million
    ☐ $50,000,001 - $100 million
    ☐ $100,000,001 - $500 million

    ☐ $500,000,001 - $1 billion
    ☐ $1,000,000,001 - $10 billion
    ☐ $10,000,000,001 - $50 billion
    ☐ More than $50 billion

16. **Estimated liabilities**

    ☐ $0 - $50,000
    ☐ $50,001 - $100,000
    ☐ $100,001 - $500,000
    ☐ $500,001 - $1 million

    ☒ $1,000,001 - $10 million
    ☐ $10,000,001 - $50 million
    ☐ $50,000,001 - $100 million
    ☐ $100,000,001 - $500 million

    ☐ $500,000,001 - $1 billion
    ☐ $1,000,000,001 - $10 billion
    ☐ $10,000,000,001 - $50 billion
    ☐ More than $50 billion

Debtor  **171 W. Belvidere Road, LLC** _____ Case number (*if known*)_____
Name

| | Request for Relief, Declaration, and Signatures |
|---|---|

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **October 17, 2016**
MM / DD / YYYY

X _____    **William Vander Velde III**
Signature of authorized representative of debtor    Printed name

Title **Sole Member and Manager**

**18. Signature of attorney**

X **/s/ Harold D. Israel**    Date **October 17, 2016**
Signature of attorney for debtor    MM / DD / YYYY

**Harold D. Israel**
Printed name

**Goldstein & McClintock LLLP**
Firm name

**208 South LaSalle Street**
**Suite 1750**
**Chicago, IL 60604**
Number, Street, City, State & ZIP Code

Contact phone **(312) 337-7700**    Email address **haroldi@goldmclaw.com**

**IL--6216289**
Bar number and State

Official Form 201    **Voluntary Petition for Non-Individuals Filing for Bankruptcy**    page 4

Debtor  **171 W. Belvidere Road, LLC**
Name

Case number (*if known*) _____

## Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **October 17, 2016**
MM / DD / YYYY

X _____
Signature of authorized representative of debtor

Title  **Sole Member and Manager**

**William Vander Velde III**
Printed name

**18. Signature of attorney**

X _____
Signature of attorney for debtor

Date  **October 17, 2016**
MM / DD / YYYY

**Harold D. Israel**
Printed name

**Goldstein & McClintock LLLP**
Firm name

**208 South LaSalle Street
Suite 1750
Chicago, IL 60604**
Number, Street, City, State & ZIP Code

Contact phone  **(312) 337-7700**    Email address  **haroldi@goldmclaw.com**

**IL--6216289**
Bar number and State

Debtor **171 W. Belvidere Road, LLC**     Case number (*if known*) _____
Name

**Fill in this information to identify your case:**

United States Bankruptcy Court for the:
NORTHERN DISTRICT OF ILLINOIS

Case number (*if known*) _____    Chapter **11**

☐ Check if this an amended filing

# FORM 201. VOLUNTARY PETITION

## Pending Bankruptcy Cases Attachment

| | | | | | |
|---|---|---|---|---|---|
| Debtor | **2380 Esplanade Drive, LLC** | | | Relationship to you | **Affiliate** |
| District | **Northern District of Illinois** | When | **10/17/16** | Case number, if known | **N/A** |
| Debtor | **9501 W. 144th Place, LLC** | | | Relationship to you | **Affiliate** |
| District | **Northern District of Illinois** | When | **10/17/16** | Case number, if known | **N/A** |
| Debtor | **Big Rock Ranch, LLC** | | | Relationship to you | **Affiliate** |
| District | **Northern District of Illinois** | When | **10/17/16** | Case number, if known | **N/A** |
| Debtor | **Esplanade HL, LLC** | | | Relationship to you | **Affiliate** |
| District | **Northern District of Illinois** | When | **10/17/16** | Case number, if known | **N/A** |

Fill in this information to identify the case:

Debtor name: **171 W. Belvidere Road, LLC**
United States Bankruptcy Court for the: **NORTHERN DISTRICT OF ILLINOIS**
Case number (if known):

☐ Check if this is an amended filing

# Official Form 204
## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders*
**12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Chicago Metropolitan Fire 820 N Addison Ave Elmhurst, IL 60126 | | | | | | $0.00 |
| ComEd PO Box 6111 Carol Stream, IL 60197-6111 | | | | | | $0.00 |
| CPMI Direct, LLC 38276 North 5th Ave Spring Grove, IL 60081 | | | | | | $0.00 |
| Erie Insurance Exchange 100 Erie Insurance Place Erie, PA 16530 | | | | | | $0.00 |
| Factotum Property Management, Inc PO Box 460 Woodstock, IL 60098 | | | | | | $0.00 |
| George Venturella 20550 LaGrange Road Frankfort, IL 60423 | | | Disputed | | | $33,750.00 |
| Greater Round Lake Fire Protection 409 W Nippersink Rd Round Lake, IL 60073 | | | | | | $0.00 |
| Groot Industries, Inc PO Box 1305 Elk Grove Village, IL 60009-1305 | | | | | | $0.00 |

Official form 204    Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims    page 1

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

* A receiver was appointed over 171 W. Belvidere Road, LLC's property on August 24, 2016. Thus, the Debtor's Top 20 list may be substantially amended once it receives its books and records.

Debtor **171 W. Belvidere Road, LLC**
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **Hearne & Associates, P.C.**<br>19250 Everett Lane Suite 200<br>Mokena, IL 60448 | | | | | | $0.00 |
| **Illinois Fire Inspections**<br>PO Box 64<br>Union, IL 60180 | | | | | | $0.00 |
| **Jesse White Secretary of State Department of Business Services**<br>501 S 2nd Street<br>Springfield, IL 62756-5200 | | | | | | $0.00 |
| **Martin's Landscaping**<br>2612 Michael St<br>Wonder Lake, IL 60097 | | | | | | $0.00 |
| **Moglia Advisors**<br>1325 Remington Rd. Suite H<br>Schaumburg, IL 60173 | | | | | | $0.00 |
| **Nicor**<br>PO Box 0632<br>Aurora, IL 60507-0632 | | | | | | $0.00 |
| **Pavement Solutions, LLC**<br>PO Box 1114<br>Bedford Park, IL 60499-1114 | | | | | | $0.00 |
| **Premier Commercial Realty**<br>9225 S Route 31<br>Lake in the Hills, IL 60156 | | | | | | $0.00 |
| **Realty Metrix**<br>2390 Esplanade Dr<br>Algonquin, IL 60102 | | | | | | $4,788.00 |
| **Ryan Law Firm, LLP**<br>100 Congress Avenue<br>Austin, TX 78701 | | | | | | $0.00 |
| **Ryan, LLC**<br>PO Box 848351<br>Dallas, TX 75284-8351 | | | | | | $0.00 |

Debtor **171 W. Belvidere Road, LLC**
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **The Clubs of Bradford Place c/o McGill Management PO Box 67570 Phoenix, AZ 85082-7570** | | | | | | $0.00 |

**Fill in this information to identify the case:**

Debtor name   **171 W. Belvidere Road, LLC**

United States Bankruptcy Court for the:   NORTHERN DISTRICT OF ILLINOIS

Case number (if known)  _____

☐ Check if this is an amended filing

## Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐   *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐   *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐   *Schedule H: Codebtors* (Official Form 206H)
☐   *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐   Amended *Schedule* _____
■   Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders (Official Form 204)
☐   Other document that requires a declaration   _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **October 17, 2016**        X  _____
                                            Signature of individual signing on behalf of debtor

                                            **William Vander Velde III**
                                            Printed name

                                            **Sole Member and Manager**
                                            Position or relationship to debtor

# United States Bankruptcy Court
## Northern District of Illinois

In re   **171 W. Belvidere Road, LLC**
Debtor(s)

Case No.
Chapter   **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| William Vander Velde III<br>20635 Abbey Woods Ct N #303<br>Frankfort, IL 60423 | | 100% | Membership Interests |

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **Sole Member and Manager** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date   **October 17, 2016**        Signature   */s/ William Vander Velde III*

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
## Northern District of Illinois

In re   **171 W. Belvidere Road, LLC**                                    Case No. _____
                                Debtor(s)                                  Chapter   **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **171 W. Belvidere Road, LLC** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**October 17, 2016**
Date

William Vander Velde III
Sole Member and Manager

# RESOLUTION
## of
## 171 W. BELVIDERE ROAD, LLC
### (an Illinois Limited Liability Company)

**Effective as of October 17, 2016**

The undersigned, in his capacity as the sole member and manager (the "*Manager*") of 171 W. Belvidere Road, LLC, an Illinois limited liability company (the "*Company*"), hereby consents in writing to the following resolutions.

WHEREAS, the Manager has considered the financial and operational aspects of the Company's business and the recommendations of the Company's professionals and advisors, and adopts the following resolutions by written consent;

NOW, THEREFORE, BE IT RESOLVED, that, in the judgment of the Manager, it is desirable and in the best interest of the Company, its creditors, equity holders, and other interested parties to file a petition (the "*Petition*") seeking relief under chapter 11 of title 11 of the United States Code (the "*Bankruptcy Code*") in the United States Bankruptcy Court for the Northern District of Illinois (the "*Bankruptcy Court*");

RESOLVED FURTHER, that the Petition is adopted in all respects. William Vander Velde III (the "*Authorized Agent*") is hereby authorized and directed, on behalf of the Company, to execute the Petition or authorize the execution of a filing of the Petition by the Company and to cause the same to be filed with the Bankruptcy Court at such time as the Authorized Agent considers it appropriate;

RESOLVED FURTHER, that the Authorized Agent shall be, and hereby is, authorized, directed, and empowered on behalf of and in the name of the Company to execute, verify, and cause to be filed such requests for relief from the Bankruptcy Court as the Authorized Agent may deem necessary, proper, or desirable in connection with the Petition, with a view to successful prosecution thereunder;

RESOLVED FURTHER, that the Authorized Agent is authorized to execute and file on behalf of the Company all petitions, schedules, lists, and other motions, papers, or documents, and to take any and all action that it deems necessary or proper to obtain appropriate relief for the Company, including, without limitation, any action necessary to maintain the ordinary course operation of the Company's business;

RESOLVED FURTHER, that the law firm of Goldstein & McClintock LLLP shall be, and hereby is, employed as general bankruptcy counsel for the Company in the Company's chapter 11 case;

RESOLVED FURTHER, that the Authorized Agent is authorized and empowered on behalf of, and in the name of, the Company to retain and to employ other attorneys, brokers, investment bankers, accountants, restructuring professionals, financial advisors, and other

professionals to assist in the Company's chapter 11 case on such terms as are deemed necessary, proper, or desirable by the Authorized Agent;

RESOLVED FURTHER, that the Authorized Agent, and any employees or agents (including counsel) designated by or directed by such Authorized Agent, shall be, and each hereby is, authorized and empowered to cause the Company and such of its affiliates as management deems appropriate to enter into, execute, deliver, certify, file, record, and perform such agreements, instruments, motions, affidavits, applications for approvals or rulings of governmental or regulatory authorities, certificates, or other documents, and to take such other actions, as in the judgment of such Authorized Agent shall be necessary, proper, and desirable to prosecute to a successful completion of the Company's chapter 11 case, to effectuate the restructuring of the Company's debt, other obligations, organizational form and structure, and ownership of the Company and its subsidiaries consistent with the foregoing resolutions, and to carry out and put into effect the purposes of the foregoing resolutions, and the transactions contemplated by these resolutions, their authority thereunto to be evidenced by the taking of such actions;

### General Authorization

RESOLVED FURTHER, that the Authorized Agent is authorized and empowered on behalf of the Company and in its name to take or cause to be taken all actions and to execute and deliver all such instruments that the Authorized Agent of the Company approves as necessary or desirable in connection with the foregoing resolutions, such approval to be conclusively evidenced by the taking of any such action or the execution and delivery of any such instrument by the Authorized Agent of the Company;

RESOLVED FURTHER, that any specific resolutions that may be required to have been adopted in connection with the actions contemplated by the foregoing resolutions be, and they hereby are, adopted, and the Authorized Agent of the Company is authorized to certify as to the adoption of any and all such resolutions and attach such resolutions hereto;

RESOLVED FURTHER, that all actions heretofore taken by the Authorized Agent or of the Company in connection with or otherwise in contemplation of the transactions contemplated by any of the foregoing resolutions be, and they hereby are, ratified, confirmed, and approved; and

IN WITNESS WHEREOF, the undersigned has executed this action by written consent as of the date first written above.

_____
William Vander Velde III
Sole Manager and Member of 171 W. Belvidere Road, LLC

# United States Bankruptcy Court
## Northern District of Illinois

In re   **171 W. Belvidere Road, LLC**                                                     Case No. _____
                                    Debtor(s)                                              Chapter   **11**

## VERIFICATION OF CREDITOR MATRIX

Number of Creditors: _____ **40**

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

Date:   **October 17, 2016**                              _____
                                                          William Vander Velde III Sole Member and Manager
                                                          Signer/Title

.

2380 Esplanade Drive, LLC
20635 Abbey Woods Ct N #303
Frankfort, IL 60423


Alejandro's Mexican Restaurant, LLC
410 S. Barrington Rd., #41
Wauconda, IL 60084


Ardwen Fund 1, LLC
1338 Foothill Dr.
Suite 129
Salt Lake City, UT 84108


Beor Fund 1, LLC
542 W. 9320 S
Sandy, UT 84070


Brisinger Fund 1, LLC
1338 S FOOTHILL DRIVE
STE 129
Salt Lake City, UT 84108


Chicago Metropolitan Fire
820 N Addison Ave
Elmhurst, IL 60126


ComEd
PO Box 6111
Carol Stream, IL 60197-6111


CPMI Direct, LLC
38276 North 5th Ave
Spring Grove, IL 60081


Department of the Treasury
Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101


Erie Insurance Exchange
100 Erie Insurance Place
Erie, PA 16530

```
Esplanade HL, LLC
20635 Abbey Woods Ct N #303
Frankfort, IL 60423


Factotum Property Management, Inc
PO Box 460
Woodstock, IL 60098


First Midwest Bank
24509 W. Lockport Street
Plainfield, IL 60544


George Venturella
20550 LaGrange Road
Frankfort, IL 60423


Greater Round Lake Fire Protection
409 W Nippersink Rd
Round Lake, IL 60073


Groot Industries, Inc
PO Box 1305
Elk Grove Village, IL 60009-1305


Hearne & Associates, P.C.
19250 Everett Lane
Suite 200
Mokena, IL 60448


Illinois Department of Revenue
Bankruptcy Section
PO Box 64338
Chicago, IL 60664


Illinois Dept. of Employment Securi
Benefit Payment Control Division
PO BOx 4385
Chicago, IL 60680


Illinois Fire Inspections
PO Box 64
Union, IL 60180
```

```
Jesse White Secretary of State
Department of Business Services
501 S 2nd Street
Springfield, IL 62756-5200


Lake County Treasurer
18 N County St #102
Waukegan, IL 60085


Lake Villa Fitness
Attn: Jeff Bauspies
139 W. Belvidere Rd.
Round Lake, IL 60073


Lucky Emma's, LLC
171 W. Belvidere Rd.
Round Lake, IL 60073


Martin's Landscaping
2612 Michael St
Wonder Lake, IL 60097


Moglia Advisors
1325 Remington Rd.
Suite H
Schaumburg, IL 60173


Nice Cleaners Corp.
167 Belvidere Rd.
Round Lake, IL 60073


Nicor
PO Box 0632
Aurora, IL 60507-0632


Pavement Solutions, LLC
PO Box 1114
Bedford Park, IL 60499-1114


Premier Commercial Realty
9225 S Route 31
Lake in the Hills, IL 60156
```

```
Realty Metrix
2390 Esplanade Dr
Algonquin, IL 60102


Ryan Law Firm, LLP
100 Congress Avenue
Austin, TX 78701


Ryan, LLC
PO Box 848351
Dallas, TX 75284-8351


Shivam Management Corporation
337 Indian Ridge Trail
Wauconda, IL 60084


The Clubs of Bradford Place
c/o McGill Management
PO Box 67570
Phoenix, AZ 85082-7570


The Wellness Remedy Studio, Inc.
159 Belvidere Rd.
Round Lake, IL 60073


Tiger Martial Arts
Attn: James J. Cheon
Round Lake, IL 60073


TruGreen
PO Box 9001033
Louisville, KY 40290-1033


Village of Round Lake
442 N Cedar Lake
Round Lake, IL 60073


William Vander Velde III
20635 Abbey Woods Ct N #303
Frankfort, IL 60423
```